UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number: 13-37173 GMB

Debtor: Johanna R. Gallagher

| Check Number | Creditor | Amount |
|---|---|---|
| 1858023 | Bank of America, N.A. | 2000.00 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   September 10, 2014

Case 13-37173-GMB    Doc 32    Filed 09/10/14    Entered 09/10/14 09:42:59    Desc Main
Document      Page 2 of 2